John Benson v. The State.

No. 8577. Delivered January 7, 1925.

Possessing Intoxicating Liquor for Purpose of Sale.

No statement of facts, nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Jefferson County. Tried below before the Honorable Geo. C. O'Brien, Judge.

Appeal from a conviction for possessing intoxicating liquor for purposes of sale, penalty, one year in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Jefferson county of possessing intoxicating liquor for purposes of sale, and his punishment fixed at one year in the penitentiary.

The record is before us without bills of exception or statement of facts. The indictment and the charge of the court appear to be in conformity with law, and an affirmance will be ordered.

*Affirmed.*